1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   JOHN N. GLANG (GUAMBN 94012)
    Assistant United States Attorney

5

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
        Telephone: (408) 535-5084

7       Facsimile:  (408) 535-5066
        Email: John.Glang@usdoj.gov

8

    Attorneys for the United States of America

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 11-00090-DLJ
                                       )
14          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    DISCOVERY PROTECTIVE ORDER
15      v.                             )    BETWEEN  THE UNITED STATES AND
                                       )    DEFENDANT
16  MIGUEL FABIAN MELCHOR,             )
                                       )
17          Defendant.                 )
                                       )
18  _____  )

19

20          The above-captioned defendant and the United States of America, by and through their

21  counsel of record, hereby agree and stipulate as follows:

22          1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal

23  Rules of Criminal Procedure, and its general supervisory powers.

24          2.      This Order pertains to all discovery provided to or made available to defense

25  counsel as part of discovery in the above-cited case.

26          3.      The discovery and information therein may only be used in connection with the

27  litigation of this case and for no other purpose.  Defense counsel will return the discovery to the

28  government, or certify that it has been shredded at the conclusion of the case, which includes

    appellate review and the resolution of any competency of counsel issues.

                                        1

FILED

NOV - 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4.     Defense counsel shall not provide any of the discovery to any person other than to his/her respective defendant/client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her defendant/client, for the purpose of said representation.  Further, in disclosing discovery to defendants, personal information contained in the discovery, including individuals' dates of birth, addresses (physical and email), telephone numbers, social security numbers, and driver's license numbers, shall be redacted, and shall not be provided to any defendant in any manner or form.

5.     Defense counsel shall advise his/her respective defendant/client, employees, other authorized members of the defense team and defense witnesses of the terms of this stipulation and order, and that use of the subject discovery materials for a purpose other than in connection with the litigation of this case may be subject to criminal sanctions.

6.     Defense counsel will store the discovery in a secure place and will exercise due diligence to ensure that it is not disclosed to third persons in violation of this agreement. Similarly, if defense counsel makes or causes to be made, copies of any of the discovery, defense counsel will exercise due diligence to maintain control of said copies and to ensure that said copies are stored in a manner to safeguard against the inappropriate use of said materials.

DATED:  November 1, 2011                         MELINDA HAAG
                                                 United States Attorney


                                                 _____/s/_____
                                                 JOHN N. GLANG
                                                 Assistant United States Attorney


                                                 _____/s/_____
                                                 ALLEN H. SCHWARTZ, ESQ.
                                                 Attorney for defendant Miguel Fabian Melchor


**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the terms of the stipulation between the United States and the above-captioned

///

2

defendant pertaining to the discovery in this case be imposed.

IT IS SO ORDERED.

DATED:   11/3/11

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

3