MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail:  John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00090-DLJ |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [] |
| v. ) | ORDER CONTINUING SENTENCING |
| ) | HEARING DATE |
| MIGUEL FABIAN MELCHOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

scheduled for Thursday, July 11, 2013 at 10:00 a.m., be continued and rescheduled for Thursday,

August 29, 2013 at 10:00 a.m.

It is so stipulated.

Dated:  June 19, 2013                             _____/s/_____
                                                  JOHN N. GLANG
                                                  Assistant United States Attorney
                                                  Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

1  It is so stipulated:

2  Dated: June 19, 2013                                  _____/s/_____
                                                         CARLEEN R. ARLIDGE
3                                                        Attorney for Miguel Fabian Melchor

4
                                           ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, July 11, 2013 at 10:00 a.m. and rescheduled for Thursday, August 29,
8
   2013 at 10:00 a.m.
9

10

11 It is so ORDERED:

12 Dated: _____Ï Ð Ð H_____                        _____
                                                         D. LOWELL JENSEN
13                                                       United States District Judge
                                                         Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**                                2