1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
         150 Almaden Boulevard, Suite 900
6        San Jose, California 95115
         Telephone:  (408) 535-5084
7        Fax:  (408) 535-5066
         E-mail:  john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,           )  CASE NO. 11-00090-DLJ
                                         )
15 |     Plaintiff,                      )  STIPULATION AND [] ORDER
                                         )  CONTINUING SENTENCING HEARING DATE
16 |     v.                              )
                                         )
17 | MIGUEL FABIAN MELCHOR,              )
                                         )
18 |     Defendant.                      )
                                         )
19

20    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21 ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22 Thursday, November 7, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, February 13,

23 2014 at 10:00 a.m.

24 It is so stipulated.

25

26 Dated:  November 1, 2013                          _____/s/_____
                                                    JOHN N. GLANG
27                                                  Assistant United States Attorney
                                                    Northern District of California
28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

1

1  It is so stipulated:

2  Dated:   November 1, 2013                    _____/s/_____
                                                CARLEEN R. ARLIDGE
3                                               Attorney for Miguel Fabian Melchor

5                                    ORDER

6     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED
7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from
8  Thursday, November 7, 2013 at 10:00 a.m. and rescheduled for Thursday, February 13, 2014 at 10:00
9  a.m.

11  It is so ORDERED:

13  Dated:   FFĐĐFH                              _____
                                                D. LOWELL JENSEN
14                                              United States District Judge
                                                Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

2