1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5084
7     Fax: (408) 535-5066
      E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,              )   CASE NO. 11-00090-DLJ
                                          )
15     Plaintiff,                        )   STIPULATION AND [] ORDER
                                          )   CONTINUING SENTENCING HEARING DATE
16    v.                                 )
                                          )
17 MIGUEL FABIAN MELCHOR,                 )
                                          )
18     Defendant.                       )
                                          )
19

20     IT IS HEREBY STIPULATED between the parties, and based upon such stipulation it is hereby

21 ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22 Thursday, February 13, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, April 10, 2014

23 at 10:00 a.m.

24 It is so stipulated.

25

26 Dated: January 27, 2014                      _____/s/_____
                                                JOHN N. GLANG
27                                              Assistant United States Attorney
                                                Northern District of California
28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
1

1  It is so stipulated:

2  Dated:   January 27, 2014                    _____/s/_____
                                                CARLEEN R. ARLIDGE
3                                               Attorney for Miguel Fabian Melchor

4

5                                              ORDER

6     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8  Thursday, February 13, 2014 at 10:00 a.m. and rescheduled for Thursday, April 10, 2014 at 10:00 a.m.

9

10 It is so ORDERED:

11

12 Dated: _____                    _____
                                                D. LOWELL JENSEN
13                                              United States District Judge
                                                Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2