1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
           150 Almaden Boulevard, Suite 900
6          San Jose, California 95113
           Telephone:  (408) 535-5084
7          Fax:  (408) 535-5066
           E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,          ) CASE NO. 11-00090-DLJ
                                        )
15 |      Plaintiff,                    ) STIPULATION AND [] ORDER
                                        ) CONTINUING SENTENCING HEARING DATE
16 |      v.                            )
                                        )
17 | MIGUEL FABIAN MELCHOR,             )
                                        )
18 |      Defendant.                    )
                                        )
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, April 10, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, August 21, 2014 at

23  10:00 a.m.

24  It is so stipulated.

25

26  Dated: April 8, 2014                       _____/s/_____
                                               JOHN N. GLANG
27                                             Assistant United States Attorney
                                               Northern District of California
28

   STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                       1

It is so stipulated:

Dated: April 8, 2014
                                   /s/
CARLEEN R. ARLIDGE
Attorney for Miguel Fabian Melchor

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, April 10, 2014 at 10:00 a.m. and rescheduled for Thursday, August 21, 2014 at 10:00 a.m.

It is so ORDERED:

Dated: _____
                                         
D. LOWELL JENSEN
United States District Judge
Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

2