MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone:  (408) 535-5084
Fax:  (408) 535-5066
E-mail:  john.glang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11-00090-DLJ |
| Plaintiff, | ) ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | ) ) | |
| MIGUEL FABIAN MELCHOR, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

Thursday, August 21, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, October 23, 2014

at 10:00 a.m.

It is so stipulated.


Dated:  August 19, 2014                    ____/s/_____
                                          JOHN N. GLANG
                                          Assistant United States Attorney
                                          Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
1

1   It is so stipulated:

2   Dated:  August 19, 2014                    _____/s/_____
                                              CARLEEN R. ARLIDGE
3                                             Attorney for Miguel Fabian Melchor

4

5                                    ORDER

6        Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7   that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8   Thursday, August 21, 2014 at 10:00 a.m. and rescheduled for Thursday, October 23, 2014 at 10:00 a.m.

9

10   It is so ORDERED:

11

12   Dated: _____           _____
                                       D. LOWELL JENSEN
13                                     United States District Judge
                                       Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                      2